


AO 91 (Rev. 11/11) Criminal Complaint

AUSA Alejandro G. Ortega  (312) 353-4129

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

v.

NICHOLAS JOHN STISO

CASE NUMBER: 1:24-cr-00001

**UNDER SEAL**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about December 24, 2023, at Berwyn, in the Northern District of Illinois, Eastern Division, and elsewhere, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 875(c) | transmitting a communication in interstate commerce containing a threat to injure the person of another. |

This criminal complaint is based upon these facts:

  X   Continued on the attached sheet.

*Victoria Rasmussen*

VICTORIA RASMUSSEN
Special Agent, Department of Veterans Affairs,
Office of Inspector General

Pursuant to Fed. R. Crim. P. 4.1, this Complaint is presented by reliable electronic means. The above-named agent provided a sworn statement attesting to the truth of the Complaint and Affidavit by telephone.

Date: January 1, 2024

*Judge's signature*

City and state: Chicago, Illinois

BETH W. JANTZ, U.S. Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

## **AFFIDAVIT**

I, VICTORIA RASMUSSEN, being duly sworn, state as follows:

1.    I am a Special Agent with the Department of Veterans Affairs, Office of Inspector General, and have been so employed for four years. My current responsibilities include the investigation of violent crimes, including, among others, assault, sexual assault, and the apprehension of violent fugitives.

2.    This affidavit is submitted in support of a criminal complaint alleging that NICHOLAS JOHN STISO has violated Title 18, United States Code, Section 875(c). Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint charging Stiso with transmitting a communication in interstate commerce containing a threat to injure the person of another, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that the defendant committed the offenses alleged in the complaint.

3.    This affidavit is based on my personal knowledge acquired through participation in this investigation, information provided to me by other law enforcement agents who have knowledge of the events and circumstances described herein, my training and experience, and my review of information provided by telephone service providers.

## FACTS ESTABLISHING PROBABLE CAUSE

*December 21, 2023, Phone Calls to the VA Crisis Line*

4.      On or about December 21, 2023, at approximately 3:44 p.m. EST, Nicholas John Stiso,[1] a former United States Marine, who resides on the 2100 block of Oak Park Avenue, in Berwyn, Illinois, called the Veteran's Crisis Line, which is a free and confidential support line offering prevention and crisis resources for veterans or their family members. At the time of the call, the VA representative with whom Stiso spoke, Michelle Natera, Social Science Specialist, Crisis Responder, was located in Florida.  The calls were recorded, and I have listened to the calls. After the first call was disconnected, the VA Crisis Line representative called Stiso back. In summary, during the second call, Stiso stated that he wanted to kill an unnamed police officer who was investigating the death of Stiso's girlfriend.[2] Stiso also stated that he would kill the police officer's family members.

---

[1] On or about April 27, 2020, Stiso was arrested, by the Berwyn, Illinois, Police Department for possession of a firearm and was subsequently convicted of the same offense on January 27, 2021.  He was also arrested on June 5, 2020, by the Riverside, Illinois, Police Department for defacing identifying marks on a weapon, aggravated unlawful use of a weapon, and criminal damage to property and Stiso was ultimately convicted of criminal damage to property on or about October 25, 2021.

[2] Based on my knowledge of the investigation, as described below, I know that the Oak Park, Illinois, Police Department was investigating the November 4, 2022, overdose death of Individual A, who was a former romantic partner of Stiso. Detective Kevin McCarthy is assigned to this investigation and has worked with Stiso, in the past, as part of this investigation. I believe that Detective McCarthy is the individual against whom Stiso directed his threats.

5. During the recorded calls, Stiso made the following directly quoted statements:[3]

- "My name is Nick Stiso. I am a pissed off veteran."

- [After the representative asked if there was anyone Stiso was contemplating harming or killing]. "Any cop I could get my hands on."

- "Go into a cop station and shoot it up."

- [When asked about weapons] "I keep it [a gun] on me."

- "I already selected my target. So that's cool. It's going to be the department that didn't get justice for my girl [Individual A] who passed away."

- "I'm going to target that detective [Detective Kevin McCarthy] and the supervisor . . . can request to talk to them and then go from there . . . we'll go in an office room and that is when that will happen."

- "He [the detective] is going to care when he gets to have [U/I] pointed at him [likely a gun]."

- [When asked about suicide] "No, I just want to take out cops."

- "I'm gonna get revenge for my girl. I'm gonna go the fuck in that department [Oak Park Police Department] I'm gonna shoot that fucking place up and that's what's fucking gonna be it. I haven't decided when I am going to do it but it is going to be soon . . . no one's going to be able to stop me."

- "I am going to shoot them dead. Listen I don't give a shit, I don't really want to be here either, but I want to take them out. I want to get the fucking detective and take him out. I have the right to take his life . . . and if somehow I get out of there alive . . . I would take his state ID from his wallet and I'd go after his family, the kids would be next . . . I think his civilian car he drives is a red car."[4]

- "I have exhausted every peaceful resource and I'm about to pop and be physically violent at your hospital ground."

---

[3] These quotations are based on my review of the relevant recorded calls. At times in this affidavit, I have provided bracketed language to explain the calls. This bracketed language is based on my training and experience, the context and content of the calls, and my knowledge of the investigation.

[4] Detective McCarthy does not own a red vehicle.

*December 24, 2023, Phone Calls to the VA Crisis Line*

6.      On or about December 24, 2023, Stiso spoke again by telephone three times with the Veteran's Crisis Line. The calls were received by Tracy Thompson, Social Science Specialist (Crisis Responder) beginning at approximately 1:55 p.m. EST. At the time of the calls, Thompson was located in New York State. The calls were recorded, and I have listened to the calls. During the first call, Stiso made threats against the Edward Hines, Jr. VA Hospital, located in Hines, Illinois, and to his VA Social Worker, Tawana Pope. During the recorded calls, Stiso made the following directly quoted statements:

- "Nicholas Stiso, hurry up, fix the problem."

- "Yeah, I'm about to shoot up the Hines VA."

- "I'm convinced you want me to shoot up hospitals."

- "Do you want me to be a serial killer?"

- "You're about to have Columbine come to the Hines VA."

- "It's going to be really funny when I shoot people up and I walk away a free man."

- "Hezbollah already has fucking sleeper cells in America, dumb ass, cannot wait to fucking join them the fuck up and bomb this fucking country."

- "I've already got one gun jackass, I am supposed to be getting a second one."

- "Patient advocate has been a struggle too, I am about to shoot them up too."

- "I have thoughts of joining Hamas and bombing America."

- "Fix my problems or I legally shoot up the Hines VA."

- "You're gonna make a note, ok Nicky says fuck up Tawana

4

[Pope]. You're gonna contact whoever it is you have to contact so she knows she is in trouble."

7.     According to law enforcement databases and based on my knowledge of the investigation, I believe that Stiso resides in Berwyn, Illinois. Stiso's parents, Individuals B and C, provided Stiso's cellular phone number as 708-***-4724.[5]

## CONCLUSION

8.     Based the information set forth above, I respectfully submit that there is probable cause to believe that on or about December 24, 2023, NICHOLAS JOHN STISO transmitted a communication in interstate commerce containing a threat to injure the person of another, in violation of Title 18, United States Code, Section 875(c).

FURTHER AFFIANT SAYETH NOT.

*Victoria Rasmussen*

VICTORIA RASMUSSEN
Special Agent, Department of Veterans Affairs, Office of Inspector General

SWORN TO AND AFFIRMED by telephone January 1, 2024.

Honorable BETH W. JANTZ
United States Magistrate Judge

---

[5] Stiso's parents also provided the information about Stiso's former girlfriend, Individual A, which allowed law enforcement to identify the Oak Park Police Department as the target of Stiso's threats from on or about December 21, 2023, as described above.