24-cr-1
**Judge Pacold**
**Magistrate Judge Jantz**
**RANDOM/CAT 3**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

**FILED**

FEB 27 2024

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 24 CR 01 |
| v. | |
| NICHOLAS JOHN STISO | Violation: Title 18, United States Code, Section 875(c) |

## COUNT ONE

The SPECIAL NOVEMBER 2022 GRAND JURY charges:

On or about December 21, 2023, at Berwyn, in the Northern District of Illinois,

Eastern Division, and elsewhere,

**NICHOLAS JOHN STISO,**

defendant herein, knowingly transmitted in interstate commerce a communication

containing a threat to injure the person of another, namely, a phone call in which he

stated,

> I'm gonna get revenge for my girl. I'm gonna go the fuck in that department. I'm gonna shoot that fucking place up and that's what's fucking gonna be it. I haven't decided when I am going to do it but it is going to be soon . . . no one's going to be able to stop me . . . I am going to shoot them dead. Listen I don't give a shit, I don't really want to be here either, but I want to take them out. I want to get that fucking detective and take him out. I have the right to take his life . . . and if somehow I get out of there alive . . . I would take his state ID from his wallet and I'd go after his family, the kids would be next.

and transmitted the communication for the purpose of making a threat, knowing that the communication would be viewed as a threat, and recklessly disregarding a substantial risk that others would regard this communication as a threat;

In violation of Title 18, United States Code, Section 875(c).

## COUNT TWO

The SPECIAL NOVEMBER 2022 GRAND JURY further charges:

On or about December 24, 2023, at Berwyn, in the Northern District of Illinois,

Eastern Division, and elsewhere,

### NICHOLAS JOHN STISO,

defendant herein, knowingly transmitted in interstate commerce a communication

containing a threat to injure the person of another, namely, a phone call in which he

stated:

I'm about to shoot up the Hines VA . . . you're about to have Columbine
come to the Hines VA . . . It's going to be really funny when I shoot people
up and I walk away a free man.

and transmitted the communication for the purpose of making a threat, knowing that

the communication would be viewed as a threat, and recklessly disregarding a

substantial risk that others would regard this communication as a threat;

In violation of Title 18, United States Code, Section 875(c).


A TRUE BILL:


_____
FOREPERSON


_____
Signed by Erika L. Csicsila on behalf of the
ACTING UNITED STATES ATTORNEY