## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | Case No.: 24 CR 01 |
| v. | ) | |
| | ) | Judge Martha M. Pacold |
| Nicholas Stiso | ) | |

### ORDER

    Change of plea hearing held on 7/17/2024. Defendant enters a plea of guilty to Count One of the indictment. The Court finds the defendant is competent to plead, the plea is voluntary, and there is a factual basis for the plea. Enter judgment of guilty on Count One. Enter Plea Agreement. Cause referred to the Probation Dept. for a presentence investigation. The Presentence Report (PSR) is due 9/4/2024. Objections to the PSR are due 9/25/2024. Any responses to objections are due 10/2/2024. Pursuant to Local Rule 32.1(f), the court is directing disclosure of the Probation Office's recommendation to counsel for the defendant and the government simultaneously with the disclosure of the PSR. Sentencing set for 10/9/2024 at 10:00 a.m. It is recommended that medical officials at the Metropolitan Correctional Center evaluate the defendant and the status of any prescribed medications. The Clerk's Office should forward a copy of this order to the U.S. Marshals.

(T: 1:15)

Dated: July 17, 2024                                        s/ Judge Martha M. Pacold